**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6400**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MUSHULLA SALEEM NIXON, a/k/a M'Shulla,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:07-cr-00053-FL-1)

———————

Submitted:  December 18, 2025               Decided:  December 22, 2025

———————

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Mushulla Saleem Nixon, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mushulla Saleem Nixon appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(B) motion for a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. 115-391, 132 Stat. 5194. We have reviewed the record and find no reversible error. Specifically, while the court recognized that Nixon was eligible for a sentence reduction, it declined to reduce his sentence after considering the 18 U.S.C. § 3553(a) factors and Nixon's post-sentencing conduct. We find that the court did not abuse its discretion in declining to reduce Nixon's sentence. Accordingly, we affirm the district court's order. *United States v. Nixon*, No. 4:07-cr-00053-FL-1 (E.D.N.C., Apr. 15. 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*